UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>        **Plaintiff,**<br>v.<br><br>KENNETH MELSON, Acting Director, Bureau of Alcohol, Tobacco, Firearms & Explosives, in his official capacity,<br><br>        **Defendant.** | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:11-cv-01401-RMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**LOCAL RULE 40.5 NOTICE OF RELATED CASE**

Pursuant to Local Civil Rule 40.5(b)(3), Defendant hereby notifies the Court that this case is related to the case captioned as J & G Sales Ltd. et al. v. Kenneth Melson, Civil Action No. 1:11-cv-01402-BAH (D.D.C.) (the complaint for which is attached as Ex. A). Plaintiffs in J & G Sales are asserting claims essentially identical to those asserted here – namely, that the demand letter sent by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") in July 2011 to federally-licensed firearms dealers in four States (California, Arizona, New Mexico, and Texas) allegedly exceeds ATF's statutory authority under the Gun Control Act of 1968, 18 U.S.C. § 921 et seq.[1] Accordingly, the two cases involve common issues of fact, and grow out of the same event or transaction, and constitute "related cases" under the definition provided in Local Civil Rule 40.5(a)(3).

---

[1] Defendant also respectfully notifies the Court that counsel in J & G Sales have filed a second lawsuit in the District of New Mexico, Ron Peterson Firearms, LLC v. Kenneth Melson, Civil Action No. 1:11-cv-00678, and a third lawsuit in the Western District of Texas, 10 Ring Precision, Inc. v. Kenneth Melson, Civil Action No. 5:11-cv-0063-XR, asserting essentially the same claims as those asserted in J & G Sales against Defendant.

Dated: August 10, 2011                                  Respectfully submitted,

                                              TONY WEST
                                              Assistant Attorney General

                                              RONALD MACHEN
                                              United States Attorney


                                                   /s/ Daniel Riess
                                              SANDRA M. SCHRAIBMAN
                                              Assistant Director
                                              DANIEL RIESS (Texas Bar)
                                              JESSICA LEINWAND (New York Bar)
                                              LESLEY FARBY (D.C. Bar No. 495625)
                                              Trial Attorneys
                                              U.S. Department of Justice
                                              Civil Division, Rm. 6122
                                              20 Massachusetts Avenue, NW
                                              Washington, D.C. 20530
                                              Telephone: (202) 353-3098
                                              Fax: (202) 616-8460
                                              Email: Daniel.Riess@usdoj.gov
                                              *Attorneys for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2011, I caused the foregoing document to be served via electronic case filing.

                                              /s/ Daniel Riess
                                              Daniel Riess