## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THE NATIONAL SHOOTING SPORTS** | ) | |
| **FOUNDATION, INC.,** | ) | |
| | ) | |
|         **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 1:11-cv-01401-RMC** |
| | ) | |
| **KENNETH MELSON, Acting Director,** | ) | |
| **Bureau of Alcohol, Tobacco, Firearms** | ) | |
| **& Explosives, in his official capacity,** | ) | |
| | ) | |
|         **Defendant.** | ) | |
| _____ | ) | |
| **J & G SALES, LTD. and FOOTHILLS** | ) | |
| **FIREARMS, LLC,** | ) | |
| | ) | |
|         **Plaintiffs,** | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 1:11-cv-01402-BAH** |
| | ) | |
| **KENNETH MELSON, Acting Director,** | ) | |
| **Bureau of Alcohol, Tobacco, Firearms** | ) | |
| **& Explosives, in his official capacity,** | ) | |
| | ) | |
|         **Defendant.** | ) | |
| _____ | ) | |

### DEFENDANT'S UNOPPOSED MOTION TO CONSOLIDATE

Pursuant to Fed. R. Civ. P. 42(a) and Local Civil Rule 40.5, Defendant Kenneth Melson, Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), hereby moves to consolidate National Shooting Sports Foundation, Inc. v. Melson, No. 1:11-cv-1401-RMC, and J & G Sales, Ltd. and Foothills Firearms LLC v. Melson, No. 1:11-cv-1402-JAH. The basis for this motion is set forth in the attached memorandum.

Undersigned counsel for Defendant hereby certifies that, pursuant to Local Civil Rule 7(m), she conferred with counsel for Plaintiff National Shooting Sports Foundation and counsel

for Plaintiffs J & G Sales and Foothills Firearms regarding the relief sought in this motion. No

party opposes Defendant's Motion to Consolidate.

Dated: August 15, 2011                          Respectfully submitted,


                                                TONY WEST
                                                Assistant Attorney General

                                                RONALD MACHEN
                                                United States Attorney

                                                ____ /s/ Lesley Farby _____
                                                SANDRA M. SCHRAIBMAN
                                                (D.C. Bar No. 188599)
                                                Assistant Director
                                                DANIEL RIESS (Texas Bar)
                                                LESLEY FARBY (D.C. Bar No. 495625)
                                                JESSICA LEINWAND (New York Bar)
                                                Trial Attorneys
                                                U.S. Department of Justice
                                                Civil Division, Rm. 7220
                                                20 Massachusetts Avenue, NW
                                                Washington, D.C. 20530
                                                Telephone: (202) 514-3481
                                                Fax: (202) 616-8470
                                                Email: Lesley.Farby@usdoj.gov
                                                *Attorneys for Defendant*



                          **CERTIFICATE OF SERVICE**

        I hereby certify that on this 15th day of August, 2011, I caused the foregoing document to

be served via electronic case filing.


                                                /s/ Lesley Farby____
                                                Lesley Farby