UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH MELSON, Acting Director, Bureau of Alcohol, Tobacco, Firearms & Explosives, <br><br> Defendant. | Civil Action No. 11-1401 (RMC) <br> (consolidated with 11-1402) |

## ORDER CONSOLIDATING CASES

Pursuant to Rule 42 of the Federal Rules of Civil Procedure, the Court has determined that there are common issues of law and fact that necessitate the consolidation of *The National Shooting Sports Found., Inc. v. Melson*, Civil Case No. 11-1401 and *J & G Sales, Ltd. v. Melson*, Civil Case No. 11-1402.  Accordingly, it is hereby

**ORDERED** that Civil Case Number 11-1401 and Civil Case Number 11-1402 are hereby **CONSOLIDATED**; and it is

**FURTHER ORDERED** that the Clerk's Office shall **CLOSE** Civil Case Number 11-1402 and **TRANSFER** the parties in that case to the earlier case, Civil Case Number 11-1402; and it is

**FURTHER ORDERED** that from this date forward all pleadings shall be filed *only* in the earlier case, Civil Case Number 11-1401.  The parties are advised not to elect to "spread text" when filing on ECF, as this will result in repetitive and redundant docketing and emails.

Date: August 18, 2011                                /s/
                                          ROSEMARY M. COLLYER
                                          United States District Judge