IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SHOOTING SPORTS FOUNDATION, INC. | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 1:11-cv-01401(RMC) |
| KENNETH MELSON, Acting Director, BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES | ) ) **ORAL ARGUMENT REQUESTED** ) ) |
| Defendant. | ) ) |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65.1, The National Shooting Sports Foundation, Inc. ("NSSF"), moves for a Preliminary Injunction enjoining Kenneth Melson, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF") together with all other ATF officials, employees and persons claiming authority to act on ATF's behalf, from enforcing a requirement that all federally licensed firearms dealers and pawnbrokers in Arizona, California, New Mexico and Texas submit reports to ATF whenever they sell or otherwise dispose of, at one time or during any five consecutive business days, two or more semi-automatic rifles capable of accepting a detachable magazine, and with a caliber greater than .22 (hereafter "rifles") to an unlicensed person. ATF's July 12, 2011 letter demand for reporting of multiple sales of rifles exceeds its statutory authority under 18 U.S.C. §923(g)(5)(A) and violates 18 U.S.C. §923(g)(1)(A) and 18 U.S.C. §926(a). NSSF makes this motion on behalf of its 759 federally licensed retail dealer members located in Arizona, California, New Mexico and Texas.

1

Pursuant to Local Rule 65.1(d), NSSF requests an expedited hearing on its motion for a preliminary injunction. ATF's demand that all federally licensed firearms dealers and pawnbrokers in Arizona, California, New Mexico and Texas report information regarding multiple sales of certain rifles took effect on August 14, 2011. Each of these firearms dealers have suffered immediate and irreparable harm as the result of ATF's actions, in the form of non-recoverable economic losses, including devotion of time and resources to employee training, new record keeping systems and protocols and multiple sales report preparation. In support of its motion for a preliminary injunction and its request for an expedited hearing, NSSF submits its Memorandum in Support of Motion for Preliminary Injunction.[1]

Dated:  August 22, 2011

Respectfully submitted,

**THE NATIONAL SHOOTING SPORTS FOUNDATION, INC.,** Plaintiff

By:  /s/ *James B. Vogts*_____

M. King Hill, III (D.C. Bar No. 462966)
Vincent E. Verrocchio (D.C. Bar No. 460429)
Venable LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4496
mkhill@Venable.com
veverrocchio@Venable.com

James B. Vogts (admitted *pro hac vice*)
Andrew A. Lothson (admitted *pro hac vice*)
SWANSON, MARTIN & BELL, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois  60611
(312) 923-8266

---

[1]     Counsel for NSSF state that, pursuant to Local Rule 7(m), they have conferred in good faith with counsel for ATF, by telephone, in an effort to resolve this dispute prior to seeking the Court's intervention.  Counsel's effort has been to no avail.  The motion for preliminary injunction is opposed by ATF.

jvogts@smbtrials.com
alothson@smbtrials.com


Lawrence G. Keane (admitted *pro hac vice*)
NATIONAL SHOOTING SPORTS
FOUNDATION, INC
Flintlock Ridge Office Center
11 Mile Hill Road
Newtown, CT 06470-2359
(203)426-1320
lkeane@nssf.org

**CERTIFICATE OF SERVICE**

I hereby certify on this 22nd day of August, 2011, that a true and correct copy of the foregoing **Motion for Preliminary Injunction** was served via ECF, to the following:

> **Daniel Riess**
> U.S. DEPARTMENT OF JUSTICE
> 20 Massachusetts Avenue, NW
> Washington, DC 20530
> (202) 353-3098
> Fax: (202) 616-8460
> Email: daniel.riess@usdoj.gov
>
> **Lesley R. Farby**
> U.S. DEPARTMENT OF JUSTICE
> Civil Division, Federal Programs
> 20 Massachusetts Avenue, NW
> Washington, DC 20530
> (202) 514-3481
> Fax: (202) 616-8470
> Email: lesley.farby@usdoj.gov

/s/*James B. Vogts*
James B. Vogts