IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SHOOTING SPORTS FOUNDATION, INC.<br><br>        Plaintiff,<br><br>v.<br><br>KENNETH MELSON, Acting Director, BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES<br><br>        Defendant. | Case No. 1:11-cv-01401(RMC)<br><br>**ORAL ARGUMENT REQUESTED** |

## **CERTIFICATION OF JAMES B. VOGTS**

I, James B. Vogts, Esq., an attorney duly admitted to practice law *pro hac vice* before this Court, hereby certify the following:

1. I am an attorney with the law firm of Swanson, Martin & Bell, LLP, counsel for Plaintiff The National Shooting Sports Foundation, Inc. ("NSSF"). I am familiar with the facts set forth herein and submit this Certification in support of NSSF's motion for preliminary injunction.

2. Attached hereto as Exhibit A is a true and correct copy of the August 18, 2011 Statement of Matt French.

Subject to the penalty of perjury, I certify that the foregoing statements are true to the best of my knowledge, information and belief.

Dated: August 22, 2011

                                                          */s/  James B. Vogts*
                                                          James B. Vogts

## **CERTIFICATE OF SERVICE**

I hereby certify on this 22nd day of August, 2011, that a true and correct copy of the foregoing **Certification of James B. Vogts** was served via ECF, to the following:

> **Daniel Riess**
> U.S. DEPARTMENT OF JUSTICE
> 20 Massachusetts Avenue, NW
> Washington, DC 20530
> (202) 353-3098
> Fax: (202) 616-8460
> Email: daniel.riess@usdoj.gov
>
> **Lesley R. Farby**
> U.S. DEPARTMENT OF JUSTICE
> Civil Division, Federal Programs
> 20 Massachusetts Avenue, NW
> Washington, DC 20530
> (202) 514-3481
> Fax: (202) 616-8470
> Email: lesley.farby@usdoj.gov

>>>> /s/*James B. Vogts*
>>>> James B. Vogts