# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br>        Plaintiff, <br>v. <br><br><br>KENNETH MELSON, Acting Director, Bureau of Alcohol, Tobacco, Firearms & Explosives, in his official capacity, <br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>Civil Action No. 1:11-cv-01401-RMC <br>(consolidated with 11-cv-1402) |

## [Proposed] ORDER

Upon consideration of Defendant's Motion for Extension of Time and for Entry of a Briefing Schedule, and any oppositions and replies thereto, it is hereby ORDERED that Defendant's motion is GRANTED.

Accordingly, the Court enters the following deadlines:

a. Plaintiffs J & G Sales and Foothills Firearms shall file any motion for preliminary injunction no later than September 2, 2011.

b. Defendant shall file his opposition to both preliminary injunction motions; produce the Administrative Record; and file his motion for summary judgment no later than September 23, 2011.

c. Plaintiffs shall file their reply briefs in support of their motions for preliminary injunction and oppositions to Defendant's motion for summary judgment no later than October 14, 2011.

    d.  Defendant shall file his reply in support of his motion for summary judgment no later than November 2, 2011.

[In the alternative: Upon consideration of Defendant's Motion for Extension of Time and for Entry of a Briefing Schedule, and any oppositions and replies thereto, it is hereby ORDERED that Defendant's motion is GRANTED in the alternative.  The Court shall hold a status conference on _____ at _____.  All parties shall attend.]

Dated: _____             _____
                                                                     ROSEMARY M. COLLYER
                                                                     United States District Judge