IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE NATIONAL SHOOTING SPORTS FOUNDATION, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:11-cv-01401-RMC |
| KENNETH MELSON, Acting Director, BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES | ) ) ) ) ) | (consolidated with 11-cv-1402) |
| Defendant | ) | |

**[PROPOSED] ORDER**

This matter coming to be heard on defendant's Motion for Extension of Time to Respond to Plaintiff's Motion for Preliminary Injunction and for Entry of a Briefing Schedule,

IT IS HEREBY ORDERED that defendant's motion is denied.


Date: _____                    _____
                                                         Judge Rosemary M. Collyer




M. King Hill, III (D.C. Bar No. 462966)
Vincent E. Verrocchio (D.C. Bar No. 460429)
Venable LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4496
mkhill@Venable.com

1

veverrocchio@Venable.com

James B. Vogts (admitted *pro hac vice*)
Andrew A. Lothson (admitted *pro hac vice*)
SWANSON, MARTIN & BELL, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois  60611
(312) 923-8266
jvogts@smbtrials.com
alothson@smbtrials.com

Lawrence G. Keane (admitted *pro hac vice*)
NATIONAL SHOOTING SPORTS FOUNDATION, INC
Flintlock Ridge Office Center
11 Mile Hill Road
Newtown, CT 06470-2359
(203)426-1320
lkeane@nssf.org