```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

J & G SALES, LTD.                    )
                                     )
and                                  )
                                     )
FOOTHILLS FIREARMS, LLC              )
                                     )
        Plaintiffs                   )
                                     )
    v.                               )
                                     )
KENNETH MELSON                       )
                                     )
        Defendant                    )
```

**AFFIDAVIT OF BRAD DESAYE**

1) I am the president of J&G II, Inc., d/b/a J&G Sales, Ltd., and have personal knowledge of all of J&G's operations.

2) J&G received a letter addressed to "Dear Federal Firearms Licensee" and dated July 12, 2011, from Charles Houser, Chief, National Tracing Center (hereafter "the letter"). In the letter, Houser states that Defendant Melson has delegated his authority as Acting Director to issue the letter to Houser.

3) The letter directs J&G to submit information from the acquisition and disposition records of J&G concerning the sale or other disposition to an unlicensed person of two or more semi-automatic rifles capable of accepting a detachable magazine and with a caliber greater than .22 (including .223/5.56) within five (5) consecutive business days.

4) The letter enclosed ATF Form 3310.12 (Report of Multiple Sale Or Other Disposition of Certain Rifles), which requires J&G to report the following information about the purchaser and the firearms

-1-

purchased: name, residence address, sex, race, identification number, identification type, identification State, date and place of birth, and the serial numbers, manufacturers, importers, models, and calibers of the rifles.

5) The letter requires that the reports be provided to the BATFE beginning with sales made on August 14, 2011 and until BATFE provides written notice to stop.

6) The reports are required to be sent to the National Tracing Center.

7) J&G will suffer irreparable economic loss as a result of having to devote employee time to preparing the reports (which, because they are due the same day as the purchase, may require payment of overtime), establishing and maintaining a system to determine whether a customer has purchased a qualifying rifle within the past five (5) consecutive business days, and the loss of business from both in-state and out-of-state potential purchasers of qualifying rifles who would have bought such rifles but have been dissuaded from doing so because they wish to protect their privacy rights.

8) The privacy rights of customers of J&G will be irreparably harmed because their personal information will be provided to the National Tracing Center.

Pursuant to the authority of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2011.

/s/_____
Brad DeSaye