UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>　　　　Plaintiff,<br>v.<br><br><br>KENNETH MELSON, Acting Director, Bureau of Alcohol, Tobacco, Firearms & Explosives, in his official capacity,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:11-cv-01401-RMC<br>)  (consolidated with 11-cv-1402)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[Proposed] ORDER**

Upon consideration of Plaintiffs' Motion for Expedited Hearing on Plaintiffs' Application for Preliminary Injunction, Defendant's opposition, and any replies thereto, it is hereby ORDERED that Plaintiffs' motion is DENIED.

Accordingly, the Court enters the following deadlines:

a. Defendant shall file his opposition to Plaintiffs' preliminary injunction motions; produce the Administrative Record; and file his motion for summary judgment no later than September 23, 2011.

b. Plaintiffs shall file their reply briefs in support of their motions for preliminary injunction and opposition to Defendant's motion for summary judgment no later than October 14, 2011.

c. Defendant shall file his reply in support of his motion for summary judgment no later than November 2, 2011.

Dated: _____                            _____
                                                                                                   ROSEMARY M. COLLYER
                                                                                                   United States District Judge