UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> Plaintiff, <br> v. <br><br> B. TODD JONES, Acting Director, Bureau of Alcohol, Tobacco, Firearms & Explosives, in his official capacity, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 1:11-cv-01401-RMC <br> )  (consolidated with 11-cv-1402) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant B. Todd Jones, Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), hereby files a certified copy of the Administrative Record in this case. The documents in the Administrative Record are numbered ATF AR 0001 – 0779. Attached hereto are the Certification and Index of the Administrative Record.

Dated:  September 12, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD MACHEN
United States Attorney

   /s/ Lesley Farby
SANDRA M. SCHRAIBMAN
(D.C. Bar No. 188599)
Assistant Director
DANIEL RIESS (Texas Bar)
LESLEY FARBY (D.C. Bar No. 495625)
JESSICA LEINWAND (New York Bar)
Trial Attorneys
U.S. Department of Justice

Civil Division, Rm. 7220<br>
20 Massachusetts Avenue, NW<br>
Washington, D.C. 20530<br>
Telephone: (202) 514-3481<br>
Fax: (202) 616-8470<br>
Email: Lesley.Farby@usdoj.gov<br>
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2011, I caused the foregoing document to be served via electronic case filing.

/s/ Lesley Farby<br>
Lesley Farby