UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br>Plaintiff,<br><br>v.<br><br>B. TODD JONES, Acting Director, Bureau of Alcohol, Tobacco, Firearms & Explosives, in his official capacity,<br><br>Defendant. | Civil Action No. 1:11-cv-01401-RMC <br>(consolidated with 11-cv-1402) |

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Christopher A. Pellettiere, Chief, Office of Strategic Management, Office of the Director, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), do hereby certify that the pages identified in the accompanying Administrative Record Index constitute a true and complete copy of all non-privileged materials that constitute the agency administrative record underlying ATF's decision to issue the July 12, 2011 demand letter ("Demand Letter 3") that plaintiffs challenge in this lawsuit. Demand Letter 3, which ATF issued to all Type 01 and 02 federal firearms licensees ("FFLs") in Arizona, California, New Mexico, and Texas, requires the FFLs to submit to ATF reports of multiple sales or other dispositions of two or more semi-automatic rifles capable of accepting a detachable magazine and with a caliber greater than .22 (including .223/5.56 caliber) to an unlicensed person within a period of five business days. The public comments that ATF received in response to its two notices of proposed information collection in connection with Demand Letter 3 are available at:

http://www.atf.gov/about/foia/atf-submissions-for-public-comment.html (December 2010

Federal Register Notice) and

http://www.reginfo.gov/public/do/PRAViewDocument?ref_nbr=201105-1140-001 (April 2011 Federal Register Notice).

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under penalty of perjury that the foregoing is true and correct. Executed on September 12, 2011.

Christopher A. Pellettiere