**Administrative Record Index for**
**National Shooting Sports Foundation, Inc. v. Jones,**
**No. 1:11-cv-01401-RMC**

|    | ATF Bates Number | Date | Description |
|----|------------------|------|-------------|
| 01 | ATF AR 0001 – 0007 | Mar 6, 2007 | Memo for Attorney General from Acting Director Michael J Sullivan re: Visit to Mexico City |
| 02 | ATF AR 0008 – 0014 | Feb 7, 2008 | Statement of William Hoover, Assistant Director for Field Operations, before House Committee on Foreign Affairs Subcommittee on the Western Hemisphere |
| 03 | ATF AR 0015 – 0028 | Mar 12, 2009 | Statement of Tom Diaz, Senior Policy Analyst, Violence Policy Center, Before House Subcommittee on Oversight and Government Reform |
| 04 | ATF AR 0029 – 0030 | Mar 2009 | ATF Publication 3317.6, Project Gunrunner: The Southwest Border Initiative |
| 05 | ATF AR 0031 – 0113 | June 2009 | GAO Report to Congressional Requesters, Firearms Trafficking: U.S. Efforts to Combat Arms Trafficking to Mexico Face Planning and Coordination Challenges |
| 06 | ATF AR 0114 | June 11, 2009 | Letter from Senator Dianne Feinstein to Attorney General Holder |
| 07 | ATF AR 0115 – 0168 | Aug 2009 | Mayors Against Illegal Guns, Blueprint for Federal Action on Illegal Guns: Regulation, Enforcement, and Best Practices to Combat Illegal Gun Trafficking |
| 08 | ATF AR 0169 – 0193 | Jan 20, 2010 | ATF Office of Strategic Intelligence and Information, Violent Crime Analysis Branch, Report on Selected Firearms Recovered and Traced CY 2003 – CY 2009 |
| 09 | ATF AR 0194 – 0202 | Jan 25, 2010 | ATF Multiple Sales Data |
| 10 | ATF AR 0203 – 0212 | July 13, 2010 | ATF Office of Strategic Intelligence and Information, Violent Crime Analysis Branch, Report on Firearms Recovered and Traced in Mexico (12/1/06 – 6/30/10) |
| 11 | ATF AR 0213 – 0235 | Sept 17, 2010 | ATF Office of Strategic Intelligence and Information, Violent Crime Analysis Branch, Report on Firearms Recovered and Traced in Mexico (12/1/06 – 8/31/10) |
| 12 | ATF AR 0236 – 0387 | Nov 2010 | Department of Justice, Office of Inspector General, Evaluation and Inspections Division, Review of ATF's Project Gunrunner |
| 13 | ATF AR 0388 – 0389 | Nov 9, 2010 | Letter from Assistant Attorney General Ronald Weich to Senator Dianne Feinstein |
| 14 | ATF AR 0390 | Nov 10, 2010 | Data on Mexico Traces by State |
| 15 | ATF AR 0391 – 0446 | Nov 15, 2010 | E-mail from Charles Houser to Arthur Herbert re: Trace Summary Data  FY 2008 – FY 2010 |
| 16 | ATF AR 0447 | Nov 16, 2010 | Table Showing FFLs With More than 10 Traces |

|    | ATF Bates Number | Date | Description |
|----|------------------|------|-------------|
| 17 | ATF AR 0448 | Nov 22, 2010 | E-mail from Scott Mendoza to Arthur Herbert re: type 01 & 02 FFLs in CA, NM, AZ, TX |
| 18 | ATF AR 0449 – 0548 | Nov 30, 2010 | Spreadsheet of Traces to Retail Dealers and Purchaser Identified FY 2008 – FY 2010 |
| 19 | ATF AR 0549 – 0552 | Dec 16, 2010 | Report on Mexico Source FFLs |
| 20 | ATF AR 0553 – 0571 | Dec 17, 2010 | 75 Fed. Reg. 79021 (2010), ATF Notice of Proposed Information Collection and Supporting Documents |
| 21 | ATF AR 0572 – 0594 | Dec 17 - 25, 2010 | Selected Comments on Dec. 17, 2010 Proposed Information Collection |
| 22 | ATF AR 0595 – 0608 | Dec 21, 2010 | Nforce Query Reflecting Investigations with Rifle in Custody and Multiple Sales in Narrative of a Report of Investigation |
| 23 | ATF AR 0609 – 0611 | Dec 22, 2010 | ATF Office of Strategic Intelligence and Information, Violent Crime Analysis Branch, Analysis of Additional Purchases of Firearms Relating to Military Style Rifles Recovered and Traced in the US and Mexico (01/01/09 – 12/22/10) |
| 24 | ATF AR 0612 | Dec 23, 2010 | Congressman Denny Rehberg News Release |
| 25 | ATF AR 0613 | Dec 23, 2010 | Letter from Senators Max Baucus and Jon Tester to Acting Director Melson |
| 26 | ATF AR 0614 – 0626 | Undated | Multiple Sales Leads Uncovering Firearms Trafficking from US to Mexico |
| 27 | ATF AR 0627 – 0628 | Dec 29, 2010 | E-mail from EPS Directorate to Teresa Ficaretta re: new gun requirement |
| 28 | ATF AR 0629 | Dec 30, 2010 | Multiple Sales Reports Data FY 07 – FY 10 |
| 29 | ATF AR 0630 – 0633 | Dec 30, 2010 | E-mail from Teresa Ficaretta to Chad Lallemand re: data on firearms recovered in Mexico and traced to US FFLs FY 08 – FY 10 |
| 30 | ATF AR 0634 – 0646 | Undated | Cases Involving Multiple Sales FY 03 – FY 10 |
| 31 | ATF AR 0647 | Jan 4, 2010 | Comment to OMB re: OMB Number 1140 |
| 32 | ATF AR 0648 – 0657 | Jan 6, 2011 | Letter to Attorney General Holder from Mayors Against Illegal Guns |
| 33 | ATF AR 0658 – 0659 | Jan 7, 2011 | Letter to Attorney General Holder from Mayor Daniel Dietch (Surfside, FL) |
| 34 | ATF AR 0660 – 0661 | Jan 7, 2011 | Letter to Attorney General Holder from Mayor Matthew Ryan (Binghamton, NY) |
| 35 | ATF AR 0662 – 0666 | Jan 7, 2011 | Report on Handgun Trafficking |
| 36 | ATF AR 0667 – 0677 | Jan 12, 2011 | ATF Office of Strategic Intelligence and Information, Violent Crime Analysis Branch, Report on Firearms Recovered and Traced in Mexico (12/1/06 – 11/30/10) |
| 37 | ATF AR 0678 – 0680 | Jan 2011 | Statement by Acting Director Melson re: Demand Letter |
| 38 | ATF AR 0681 | Jan 17, 2011 | ATF Press Release re:  OMB Approval of ATF Multiple Sale Reporting Requirement |
| 39 | ATF AR 0682 | Jan 24, 2011 | Letter from Congressman Denny Rehberg to OMB Director Jacob Lew |
| 40 | ATF AR 0683 – 0684 | Jan 26, 2011 | E-mail string re: rifle traces in Mexico FY 04 – FY 10 |

|   | ATF Bates Number | Date | Description |
|---|---|---|---|
| 41 | ATF AR 0685 – 0686 | Feb 1, 2011 | Letter from Senators to OMB Director Lew and Acting Director Melson |
| 42 | ATF AR 0687 | Feb 7, 2011 | Anonymous e-mail to FN-OMB-OIRA-Submission re: Comment on BATF Reporting on certain border-state long gun transfers |
| 43 | ATF AR 0688 – 0696 | Feb 10, 2011 | Letter from Chris W. Cox, Exec. Director, NRA Institute for Legislative Action, to Office of Management and Budget |
| 44 | ATF AR 0697 – 0700 | Feb 14, 2011 | Letter from Lawrence G. Keane, Senior Vice President & General Counsel, National Shooting Sports Foundation, to Barbara Terrell, Firearms Industry Programs Branch, ATF |
| 45 | ATF AR 0701 – 0705 | Feb 15, 2011 | Letter from Paul Helmke, President, Brady Center to Prevent Gun Violence, to Barbara A. Terrell, Firearms Industry Programs Branch, ATF |
| 46 | ATF AR 0706 – 0710 | Feb 25, 2011 | Congressional Research Service Memo re: DOJ-ATF Multiple Rifle Sales Emergency Notice of Information Collection Request |
| 47 | ATF AR 0711 – 0720 | March 1, 2011 | ATF Office of Strategic Intelligence and Information, Report on Firearms Recovered in Mexico and Traced by ATF |
| 48 | ATF AR 0721 | March 6, 2011 | E-mails from EPS Directorate re: Support for the Reporting of Multiple Sales of Long Guns |
| 49 | ATF AR 0722 – 0726 | March 9, 2011 | Email from Charles Houser to Arthur Herbert re: Multiple Sales Data |
| 50 | ATF AR 0727 – 0729 | March 9, 2011 | Multiple Sales Data |
| 51 | ATF AR 0730 | March 22, 2011 | Email from Daniel Mullins to Christopher Pellettiere re: Top 5 Source States for Firearms Traced in Mexico (CY 08 – CY 10) |
| 52 | ATF AR 0731 | Undated | Report on Multiple Sales From Dealers in Eight Selected States (Jan. 1, 2008 – Dec. 31, 2010) |
| 53 | ATF AR 0732 – 0758 | Apr 29, 2011 | 76 Fed. Reg. 24058 (2011), ATF Notice of Proposed Information Collection and Supporting Documents |
| 54 | ATF AR 0759 – 0760 | May 16, 2011 | Letter from Senator Joseph Lieberman to Attorney General Holder |
| 55 | ATF AR 0761 – 0765 | May 20, 2011 | Letter from National Shooting Sports Foundation to OMB |
| 56 | ATF AR 0766 – 0774 | May 31, 2011 | Letter from Counsel to Mayors Against Illegal Guns to OMB |
| 57 | ATF AR 0775 – 0776 | July 12, 2011 | Demand Letter to Federal Firearms Licensees |
| 58 | ATF AR 0777 – 0779 | Undated | ATF Form 3310.12, Report of Multiple Sales or Other Disposition of Certain Rifles |