UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> Plaintiff, <br> v. <br><br><br> B. TODD JONES, Acting Director, <br> Bureau of Alcohol, Tobacco, Firearms <br> & Explosives, in his official capacity, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:11-cv-01401-RMC <br> (consolidated with 11-cv-1402) |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND PAGE
LIMITS FOR SUMMARY JUDGMENT MOTION**

Defendant hereby respectfully moves this Court to extend the page limits applicable to his motion for summary judgment, and to order that Defendant may file a brief of not more than 65 pages responding to the arguments raised in both complaints filed in this case. In support thereof, Defendant respectfully states:

1. Plaintiff National Shooting Sports Foundation, Inc. ("NSSF"), filed its complaint in the present case on August 3, 2011 [Doc. No. 1]. On the same day, Plaintiffs J & G Sales, Ltd. and Foothills Firearms LLC (collectively "J & G Sales") filed a similar complaint challenging the same agency action. Compl., Civil Action No. 1:11-cv-1402 [Doc. No. 1].

2. On August 15, 2011, Defendant moved to consolidate the two actions before this Court. The Court granted Defendant's motion on August 18, 2011 after determining that "that there are common issues of law and fact that necessitate the consolidation." Order Consolidating Cases [Doc. No. 10].

3. On August 22 and 26, 2011, respectively, NSSF and J & G Sales filed motions for preliminary injunctive relief. [Doc. Nos 11, 16]. The Court denied the motions in an order dated September 2, 2011 [Doc. No. 21]. In the same order, the Court ordered Defendant to commence summary judgment briefing on September 23, 2011.

4. Defendant respectfully requests that the Court permit Defendant to file, on September 23, 2011, a single summary judgment brief of not more than 65 pages. Defendant would prefer to respond in one motion to (1) the arguments raised in both NSSF's and J & G Sales' complaints, and (2) the development of those arguments as presented in NSSF's and J & G Sales' motions for preliminary injunctive relief. However, Defendant respectfully submits that the aforementioned issues cannot adequately be addressed in a 45-page brief, and respectfully requests an upper limitation of 65 pages. Defendant does not anticipate reaching this limitation, but requests a liberal ceiling, as the brief is still in its drafting stages.

5. Counsel for Defendant has conferred with counsel for all Plaintiffs regarding this motion. Plaintiffs do not oppose the relief sought in this motion.

Based on the foregoing, Defendant respectfully requests that his motion to extend page limits for summary judgment motion be granted. A proposed order is attached hereto.

Dated: September 16, 2011                       Respectfully submitted,

                                                TONY WEST
                                                Assistant Attorney General

                                                RONALD MACHEN
                                                United States Attorney

/s/ Daniel Riess
SANDRA M. SCHRAIBMAN
Assistant Director
DANIEL RIESS (Texas Bar)
JESSICA LEINWAND (New York Bar)
LESLEY FARBY (D.C. Bar No. 495625)
Trial Attorneys
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2011, I caused the foregoing document to be served via electronic case filing.

/s/ Daniel Riess
Daniel Riess