UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>      Plaintiff,<br>v.<br><br><br>B. TODD JONES, Acting Director,<br>Bureau of Alcohol, Tobacco, Firearms<br>& Explosives, in his official capacity,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:11-cv-01401-RMC<br>)  (consolidated with 11-cv-1402)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER**

Upon consideration of Defendant's unopposed motion to extend page limits for summary judgment motion, it is hereby

ORDERED that the motion is GRANTED.  Defendant shall file a motion for summary judgment not exceeding 65 pages on or before September 23, 2011.

IT IS SO ORDERED this _____ day of _____, 2011.


                                                      _____
                                                      ROSEMARY M. COLLYER
                                                      UNITED STATES DISTRICT JUDGE