UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> Plaintiff, <br> v. <br><br><br> B. TODD JONES, Acting Director, Bureau of Alcohol, Tobacco, Firearms & Explosives, in his official capacity, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 1:11-cv-01401-RMC <br> )  (consolidated with 11-cv-1402) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, and the Court's order dated September 2, 2011 [Doc. No. 21], Defendant hereby moves this Court to enter summary judgment for Defendant. In accordance with Local Civil Rule 7, this motion is accompanied by a statement of the specific points of law and authority that support the motion, and by a proposed order.

Dated: September 23, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD MACHEN
United States Attorney

  /s/ Daniel Riess
SANDRA M. SCHRAIBMAN
Assistant Director
(D.C. Bar No. 188599)
DANIEL RIESS (Texas Bar)
JESSICA LEINWAND (New York Bar)
LESLEY FARBY (D.C. Bar No. 495625)
Trial Attorneys

> U.S. Department of Justice
> Civil Division, Rm. 6122
> 20 Massachusetts Avenue, NW
> Washington, D.C. 20530
> Telephone: (202) 353-3098
> Fax: (202) 616-8460
> Email: Daniel.Riess@usdoj.gov
> *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2011, I caused the foregoing document to be served via electronic case filing.

> /s/ Daniel Riess
> Daniel Riess