UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SHOOTING SPORTS FOUNDATION, INC., )<br><br>Plaintiff, )<br>v. )<br>)<br>)<br>B. TODD JONES, Acting Director, )<br>Bureau of Alcohol, Tobacco, Firearms )<br>& Explosives, in his official capacity, )<br>)<br>Defendant. ) | Civil Action No. 1:11-cv-01401-RMC<br>(consolidated with 11-cv-1402) |

## PROPOSED ORDER

Upon consideration of Defendant's motion for summary judgment, the opposition and reply briefs thereto, and the record in this case, it is hereby

**ORDERED** that Defendant's motion for summary judgment [Doc. No. 24] is **GRANTED**. The Court therefore enters judgment for Defendant.

**SO ORDERED.**

Date: _____, 2011

_____
ROSEMARY M. COLLYER
United States District Judge