**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> B. TODD JONES, Acting Director, Bureau of Alcohol, Tobacco, Firearms & Explosives, in his official capacity, <br><br> Defendant. | Civil Action No. 1:11-cv-01401 (RMC) <br> (consolidated with 1:11-cv-01402) |

**[Proposed] ORDER**

Upon consideration of the motion of the Brady Center to Prevent Gun Violence for Leave to File a Brief Amicus Curiae, any memoranda filed in support thereof or in opposition thereto, and the entire record herein, and good cause therefor having been shown, it is this _____ day of _____, 2011

ORDERED that the motion be and it hereby is GRANTED; and further

ORDERED that the Clerk is directed to file in the record the Brief Amicus Curiae of the Brady Center to Prevent Gun Violence.

_____
ROSEMARY M. COLLYER
United States District Judge